FILED
CLERK, U.S. DISTRICT COURT
FEB 21 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ESA DEPUTY

Caleb L. McGillvary, Pro se
#1222665/SBI#102317G NJSP
Po Box 861 Trenton, NJ 08625-0861

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CALEB L. MCGILLVARY<br>PLAINTIFF<br><br>V.<br><br>THEODOR VONKURNATOWSKI,<br>BRIAN MONARCH<br>DEFENDANTS | ) | CIVIL ACTION NO.<br>2:24-cv-07473-MRA-SK<br>Hon. Monica Ramirez Almadani, USDJ<br>Hon. Steve Kim, USMJ |

NOTICE OF DISMISSAL OF ACTION
(FED. R. CIV. P. 41(a)(1)(A)(i))

TO: CLERK, ALL CAPTIONED PARTIES

Please take notice that Plaintiff Caleb L. McGillvary ("Plaintiff"); hereby dismisses this action without a court order pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i);

Date: 2/10/25

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

PROOF OF SERVICE

I, Caleb L. McGillvary, declare pursuant to 28 U.S.C. 1746 that on today's date, I placed in the institutional mailing system here where I'm incarcerated at NJ State Prison 3rd & Federal Streets Trenton, NJ 08625; with First Class Postage prepaid to be sent via USPS Mail; My Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) in Dkt. No. 2:24-cv-07473-MRA-SK; to the Clerk of the Court at USDC-CDCA 255 E. Temple St. Rm 180 Los Angeles, CA 90012; and, pursuant to L.R. 5-3.2, have relied upon the Clerk to send by notice of electronic filing a copy of each said document to Counsel for Defendants.

I hereby invoke the prison mailbox rule.

I declare under penalty of perjury that the foregoing statements made by me are true and accurate.

Executed this 10th Day of FEBRUARY, 2025

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

February 10, 2025

Clerk, US Dist. Ct. - CDCA
US Courthouse
255 E. Temple St., Rm 180
Los Angeles, CA 90012

RE: McGillvary v. VonKurnatowski
Civil Action No. 2:24-cv-07473-MRA-SK
Hon. Monica Ramirez Almadani, U.S.D.J.
Hon. Steve Kim, U.S.M.J.

Dear Clerk;

Please find enclosed and file onto the docket My Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i); and proof of service thereof; in the above-captioned matter. Thank you.

Kind Regards,

Caleb L. McGillvary
In Propria Persona

ENCL:
CC: FILE

C. MCGILLVARY
#222665/SBI#1023176
NJSP PO BOX 861
TRENTON, NJ
08625

CERTIFIED MAIL

7022 2410 0003 3323 7041

US POSTAGE
$009.64º
First-Class - IMI
ZIP 08625
02/18/2025
036B 0011837735

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 21 2025
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

CLERK
U.S. DIST. CT. - C.D. CA
255 E. TEMPLE ST. RM 180
LOS ANGELES, CA
90012

900123333 C032

LEGAL MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

LEGAL MAIL